ANN SCHULD *v.* WILLIAM J. SCHULD
(12196)

O'CONNELL, HEIMAN and SCHALLER, Js.

Argued March 22—decision released April 12, 1994

*George R. Temple,* for the appellant (defendant).
*Edward R. Giacci,* for the appellee (plaintiff).

PER CURIAM. The judgment is affirmed.